IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03160-KAS

ZOUBAIR BENNANI, an individual,

    Petitioner,

    vs.

U.S. CENTER FOR SAFESPORT, a Colorado non-profit corporation,

    Respondent.

---

**PETITIONER ZOUBAIR BENNANI'S MOTION TO FILE EXHIBITS UNDER LEVEL 1 RESTRICTION**

---

Petitioner ZOUBAIR BENNANI moves under Fed. R. Civ. P. 26(c)(1)(G) and Local Rule 7.2 to file under Level 1 restriction the attached Exhibits 1, 2, 3, 4, and 5 to the Declaration of Howard L. Jacobs in support of Petitioner's Motion to Vacate Arbitration Award and to Petitioner's Notice of Motion to Vacate Arbitration Award; and Memorandum of Points and Authorities in support thereof.

### Certificate of Conferral

Defendant SafeSport was informed of Plaintiff's intent to seek leave to file these documents under seal, and Defendant SafeSport has indicated that they do not oppose the Motion. Additionally, SafeSport is already in possession of Exhibits 1-5 that are the subject of this Motion.

### Discussion

Petitioner Zoubair Bennani and Respondent U.S. Center for SafeSport ("SafeSport") engaged in binding arbitration on July 27 and 28, 2023 subject to the rules of the 2023 SafeSport

1

Code.[1] Pursuant to the 2023 SafeSport Code, at Section 11(S), "[t]he Center's decisions, investigation reports, and other work product are confidential under 36 USC § 220541(f)(4)(C). The following documents or evidence related to the response and resolution process must remain confidential, in that they may not be disclosed outside of the proceedings, except as may be required by law or authorized by the Center: The Notice of Decision; the Investigation Report and any documents or evidence attached thereto, including interview statements of a claimant, Respondent, or other witnesses; any audio recordings or transcripts of those recordings created as a part of the investigative process; all documents or evidence submitted to or prepared by the arbitrator, including any hearing transcripts. Violation of this provision, including by an advisor for an involved party, may constitute an Abuse of Process."

In civil litigation, in order to overcome the strong public interest in disclosure of court filings, "a court should not seal records unless public access would reveal a recognized exception to the right of public access to judicial records." Shane Group v. Blue Cross Blue Shield of Michigan, 825 F.3d 299, 308 (2016). Here, that exception is met by virtue of the SafeSport code *mandating* that the pre-hearing documents and Arbitration Award remain confidential. Petitioner Zoubair Bennani would violate the SafeSport Code should he not file these documents under seal.

It is respectfully requested that, because this motion is filed unopposed and pursuant to the SafeSport Code and the Arbitration Rules therein, that this Court grant Plaintiff's motion for leave to file Exhibits 1 through 5 under seal.

DATED:     November 30, 2023          s/ Howard L. Jacobs
                                      Law Offices of Howard L. Jacobs
                                      31111 Agoura Rd., Suite 225
                                      Westlake Village, California 91361
                                      Telephone:  (805) 418-9892
                                      Facsimile:  (805) 418-9899

---

[1] The SafeSport Code has been submitted as Exhibit 6 attached to Petitioner's motion to Vacate.

Email: howard.jacobs@athleteslawyer.com

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, November 30, 2023, a copy of the foregoing document entitled ***PETITIONER ZOUBAIR BENNANI'S MOTION TO FILE EXHIBITS UNDER LEVEL 1 RESTRICTION*** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

In addition, service was made by email upon the following:

Joseph J. Zonies
1700 Lincoln Street, Suite 2400
Denver, CO 80203
jzonies@zonieslaw.com
Counsel for Defendant U.S. Center for SafeSport

s/ Howard L. Jacobs
Law Offices of Howard L. Jacobs
31111 Agoura Rd., Suite 225
Westlake Village, California 91361
Telephone: (805) 418-9892
Facsimile: (805) 418-9899
Email: howard.jacobs@athleteslawyer.com